```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
VERANO DEVELOPMENT, INC.,

               Plaintiff,                    O R D E R

        - against -                          20 Civ. 3266 (NRB)

BOLIVARIAN REPUBLIC OF VENEZUELA,

               Defendant.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on November 5, 2020 the Court granted plaintiff counsel's motion to withdraw as an attorney in the above-captioned matter, ECF No. 12; and

**WHEREAS** the Court ordered that plaintiff had 30 days to retain new counsel, and that failure to do so would result in the dismissal of plaintiff's claims, ECF No. 12; and

**WHEREAS** an officer of plaintiff was served with the order granting former plaintiff counsel's withdrawal on November 19, 2020, ECF No. 16; and

**WHEREAS** no new counsel for plaintiff has entered an appearance as of the date of this Order; it is hereby

**ORDERED** that this case is dismissed.

**SO ORDERED.**

1

2

DATED:   New York, New York
         December 21, 2020

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE